**Dated: March 27, 2015**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re:  ROSEMARY STEWART | Case No.  12-25225 |
| | Chapter 13 |
| | Adv. Proc. No. 14-00392 |
| **Debtor(s)/Plaintiff** | |
| **WELLS FARGO HOME MORTGAGE** | |
| **Defendant** | |

### ORDER WITHDRAWING AMENDED PLAINTIFF'S COMPLAINT TO COMPEL TURNOVER OF MONIES FROM WELLS FARGO HOME MORTGAGE

Comes now the Debtor(s), by and through counsel, and hereby withdraws the Complaint against the Defendant.

THEREFORE, IT IS ORDERED that the Complaint to order Wells Fargo Home Mortgage to Turnover Funds in the amount of $1,798.96 to the bankruptcy estate is hereby withdrawn.

_/s/Earnest E. Fiveash_
2600 Poplar Avenue, Ste. 214
Memphis, TN 38112
(901) 417-8356

/s/ Sylvia F. Brown
Chapter 13 Trustee

Debtor
Case Trustee
US Trustee
All entities on matrix