Dated: March 27, 2015
The following is SO ORDERED:

George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: ROSEMARY STEWART | Case No. 12-25225 |
| | Chapter 13 |
| | Adv. Proc. No. 14-00392 |
| Debtor(s)/Plaintiff | |
| WELLS FARGO HOME MORTGAGE | |
| Defendant | |

ORDER WITHDRAWING AMENDED
PLAINTIFF'S COMPLAINT TO COMPEL TURNOVER OF MONIES FROM WELLS
FARGO HOME MORTGAGE

Comes now the Debtor(s), by and through counsel, and hereby withdraws the Complaint against the Defendant.

THEREFORE, IT IS ORDERED that the Complaint to order Wells Fargo Home Mortgage to Turnover Funds in the amount of $1,798.96 to the bankruptcy estate is hereby withdrawn.

/s/Earnest E. Fiveash
2600 Poplar Avenue, Ste. 214
Memphis, TN 38112
(901) 417-8356

/s/ Sylvia F. Brown
Chapter 13 Trustee

Debtor
Case Trustee
US Trustee
All entities on matrix

```
                     United States Bankruptcy Court
                     Western District of Tennessee
Stewart,
        Plaintiff                                        Adv. Proc. No. 14-00392-gwe

WELLS FARGO,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0651-2          User: fred                 Page 1 of 1             Date Rcvd: Mar 30, 2015
                              Form ID: pdford02          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2015.
```
              +CHAPTER 13 TRUSTEE,    200 JEFFERSON AVENUE, #1113,    MEMPHIS, TN 38103-2360
pla            Rosemary Stewart,    6177 Blue Willow Cv,    Memphis, TN  38141-7713
dft           +WELLS FARGO,    PO BOX 28724,    KANSAS CITY, MO 64188-8724
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2015 at the address(es) listed below:
```
              Earnest E. Fiveash, Jr.    on behalf of Plaintiff Rosemary  Stewart earnest.fiveash@gmail.com
                                                                                                 TOTAL: 1
```